UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FLORBELA CUNHA and CARLOS ROCHA, individually and on behalf of all others similarly situated,

   Plaintiffs,

 v.

LAFFEY ASSOCIATES, LLC, a/k/a LAFFEY FINE HOMES, INC, d/b/a LAFFEY FINE HOMES; EMMET LAFFEY; GREENVALE COLONIAL HOUSE, LLC; FIRST ALLIED HOME MORTGAGE, LLC; FIRST ALLIED HOME MORTGAGE CORP.; WELLS FARGO BANK, N.A.; WELLS FARGO VENTURES, LLC,

   Defendants.

12-cv-973 (ADS) (GRB)

------------------------------------------------------------X

## NOTICE OF APPEARANCE

 PLEASE TAKE NOTICE that the undersigned attorney, Joseph A. Schwartz, of Goodwin Procter LLP, enters his appearance in the above captioned matter as counsel for Defendant Wells Fargo Ventures, LLC, and requests that all notices, pleadings and orders entered in this matter be sent to the undersigned.

Dated: New York, New York

June 19, 2012

                Respectfully submitted,

                WELLS FARGO BANK, N.A. and
                WELLS FARGO VENTURES, LLC

                By their attorneys,

                /s/ Joseph A. Schwartz
                David B. Pitofsky
                Joseph A. Schwartz
                Goodwin Procter LLP
                The New York Times Building
                620 Eighth Avenue
                New York, New York 10018
                Tel.: 212.813.8800
                Fax.: 212.355.3333
                E-mail: dpitofsky@goodwinprocter.com
                              jschwartz@goodwinprocter.com

## CERTIFICATE OF SERVICE

    I, Joseph A. Schwartz, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on June 19, 2012.

                /s/ Joseph A. Schwartz