UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FLORBELA CUNHA and CARLOS ROCHA,
individually and on behalf of all others
similarly situated,

               Plaintiffs,

     v.

LAFFEY ASSOCIATES, LLC, a/k/a LAFFEY
FINE HOMES, INC., d/b/a LAFFEY FINE
HOMES; EMMET LAFFEY; GREENVALE
COLONIAL HOUSE, LLC; FIRST ALLIED
HOME MORTGAGE, LLC; WELLS FARGO
BANK, N.A.; WELLS FARGO VENTURES,
LLC,

               Defendants.

------------------------------------------------------------X

12-cv-973 (ADS) (GRB)

**ECF Case**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     Plaintiffs, Florbela Cunha and Carlos Rocha and Defendants Laffey Associates, LLC; Emmet Laffey; Greenvale Colonial House, LLC; First Allied Home Mortgage LLC; Wells Fargo Bank, N.A.; and Wells Fargo Ventures, LLC, pursuant to Fed. R. Civ. P. 41, hereby stipulate and agree that this case be Dismissed with Prejudice as to all Defendants. This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully Submitted,

Dated: New York, New York
~~October~~ ~~, 2013~~ February 14, 2014

| | |
|---|---|
| LOCKS LAW FIRM, PLLC<br><br>By: _/s/_<br>Andrew P. Bell<br>747 Third Avenue, 37th Floor<br>New York, NY 10017<br>Tel.: 212.838.3333<br>Fax.: 212.838.373<br><br>Attorneys for Plaintiffs | GOODWIN PROCTER LLP<br><br>By: _/s/_<br>David L. Permut<br>901 New York Avenue NW<br>Washington, DC 20001<br>Tel.: 202.346.4000<br>Fax.: 202.346.4444<br><br>Joseph A. Schwartz<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel.: 212.813.8800<br>Fax.: 212.355.3333<br><br>Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Ventures, LLC |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br><br>By: _/s/_<br>Jeffrey R. Wang<br>Eric O. Corngold<br>7 Times Square<br>New York, NY 10036<br>Tel.: 212.833.1100<br>Fax.: 212-833-1250<br><br>Attorneys for Defendants First Allied Home Mortgage LLC | L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP<br><br>By: _/s/_<br>Daniel M. Maunz<br>Scott E. Kossove<br>1001 Franklin Avenue<br>Garden City, NY 11530<br>Tel.: 516.294.8844<br>Fax.: 516.294.8202<br><br>Attorneys for Defendants Laffey Associates, LLC; Emmet Laffey; and Greenvale Colonial House, LLC |

| | |
|---|---|
| IT IS SO ORDERED:<br><br>Dated: _____, _____ | <br><br>_____<br>Hon. Gary R. Brown<br>United States District Court Magistrate Judge |