UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FLORBELA CUNHA and CARLOS ROCHA,
individually and on behalf of all others
similarly situated,

                Plaintiffs,

              v.

LAFFEY ASSOCIATES, LLC, a/k/a LAFFEY
FINE HOMES, INC., d/b/a LAFFEY FINE
HOMES; EMMET LAFFEY; GREENVALE
COLONIAL HOUSE, LLC; FIRST ALLIED
HOME MORTGAGE, LLC; WELLS FARGO
BANK, N.A.; WELLS FARGO VENTURES,
LLC,

                Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 18 2014   ★

LONG ISLAND OFFICE

12-cv-973 (ADS) (GRB)

ECF Case

STIPULATION OF
DISMISSAL WITH
PREJUDICE

    Plaintiffs, Florbela Cunha and Carlos Rocha and Defendants Laffey Associates, LLC; Emmet Laffey; Greenvale Colonial House, LLC; First Allied Home Mortgage LLC; Wells Fargo Bank, N.A.; and Wells Fargo Ventures, LLC, pursuant to Fed. R. Civ. P. 41, hereby stipulate and agree that this case be Dismissed with Prejudice as to all Defendants. This stipulation may be filed without further notice with the Clerk of the Court.

LIBNY/5285177.2

Respectfully Submitted,

Dated:  New York, New York
~~October~~ ~~2013~~ February 14, 2014

| | |
|---|---|
| LOCKS LAW FIRM, PLLC | GOODWIN PROCTER LLP |
| By: _____ | By: _____ |
| Andrew P. Bell | David L. Permut |
| 747 Third Avenue, 37th Floor | 901 New York Avenue NW |
| New York, NY 10017 | Washington, DC 20001 |
| Tel.: 212.838.3333 | Tel.: 202.346.4000 |
| Fax.: 212.838.373 | Fax.: 202.346.4444 |
| | |
| Attorneys for Plaintiffs | Joseph A. Schwartz |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, New York 10018 |
| | Tel.: 212.813.8800 |
| | Fax.: 212.355.3333 |
| | |
| | Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Ventures, LLC |
| | |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | L'ABBATE, BALKAN, COLAVITA & CONTINI LLP |
| By: _____ | By: _____ |
| Jeffrey R. Wang | Daniel M. Maunz |
| Eric O. Corngold | Scott E. Kossove |
| 7 Times Square | 1001 Franklin Avenue |
| New York, NY 10036 | Garden City, NY 11530 |
| Tel.: 212.833.1100 | Tel.: 516.294.8844 |
| Fax.: 212-833-1250 | Fax.: 516.294.8202 |
| | |
| Attorneys for Defendants First Allied Home Mortgage LLC | Attorneys for Defendants Laffey Associates, LLC; Emmet Laffey; and Greenvale Colonial House, LLC |

*Case Closed*

| | |
|---|---|
| IT IS SO ORDERED:<br><br>Dated: 2/18/14 | s/ Arthur D. Spatt<br><br>~~Hon. Gary R. Brown~~<br>~~United States District Court Magistrate Judge~~<br>ARTHUR D. SPATT, USDJ |

2

LIBNY/5285177.2